# Third District Court of Appeal

## State of Florida

Opinion filed April 22, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0561
Lower Tribunal No. 20-18167-CA-01

_____

**Marylou Elaine Muscillo,**
Appellant,

vs.

**Gilles P. Cournoyer,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Llopiz Wizel LLP and Joan Carlos Wizel (Fort Lauderdale), for appellant.

Conroy Simberg and Hinda Klein (Hollywood), for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.